FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

ALS/USAO#

2015 FEB 13 PM 12:39

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                           *   CRIMINAL NO. JFM-15-057

VICTOR MAURICE COOK            *

                                             *

...oOo...

## INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about October 20, 2014, in the District of Maryland, the defendant,

**VICTOR MAURICE COOK**

did knowingly and unlawfully possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841.

21 U.S.C. § 841.

*Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney

2/13/15
Date filed